| | |
|---|---|
| 1 | JODY A. LANDRY, Bar No. 125743 |
| | LENA K. SIMS, Bar No. 212904 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 501 W. Broadway, Suite 900 |
| | San Diego, CA 92101.3577 |
| 4 | Telephone: 619.232.0441 |
| | Facsimile: 619.232.4302 |
| 5 | email: jlandry@littler.com |
| 6 | MICHAEL E. BREWER, Bar No. 177912 |
| | LITTLER MENDELSON |
| 7 | A Professional Corporation |
| | 2175 North California Boulevard, Suite 835 |
| 8 | Walnut Creek, CA 94596.3565 |
| | Telephone: (925) 932-2468 |
| 9 | Facsimile: (925) 946-9809 |
| | email: mbrewer@littler.com |

FILED
2007 MAY 22 PM 1:15

Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA     ADR

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act, | Case No. C07-02715 JL |
| | (Alameda County Superior Court Case No. RGO7322125) |
| Plaintiff, | **DECLARATION OF LAURA J. CHEATHAM IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332(D), 1441, AND 1446** |
| v. | |
| PILOT TRAVEL CENTERS LLC and DOES 1-10, inclusive, | |
| | Class Action Fairness Act |
| Defendants. | Action Filed In State Court: April 23, 2007 |

DECLARATION OF LAURA J. CHEATHAM
(NO. _____ )    ORIGINAL

I, LAURA J. CHEATHAM, declare as follows:

1. I am employed by Pilot Travel Centers LLC (hereinafter "Pilot") as the Employee Relations Manager in Knoxville, Tennessee. I am an authorized custodian of records for records pertaining to human resources matters. I have personal knowledge of the foregoing, or knowledge based upon corporate records which are within my custody and control, among others. If called and sworn as a witness, I could and would competently testify thereto.

2. Defendant Pilot is incorporated in the State of Delaware and its principal place of business is located in Knoxville, Tennessee.

3. During the entire course of her employment with Pilot, Plaintiff Cheryl Ford was employed in and worked in the State of California. Plaintiff provided Defendant with the address located in 63455 Scenic, Desert Hot Springs, California, as the location at which she elected to receive communications from Pilot throughout her employment.

4. I am informed and believe Plaintiff Cheryl Ford has filed a Complaint against Pilot in which she seeks, among other things, damages due to not having the name and address of a California bank on the employee paychecks, and/or for the employee being charged a fee to cash their paycheck, and/or there being a hold placed on their paycheck. Plaintiff also seeks penalties due to these alleged violations. I am informed and believe Cheryl Ford has filed her Complaint on behalf of herself and a class of all current and/or former employees of Defendant Pilot in the State of California who worked during the four year period preceding the date on which she filed her Complaint.

5. I am informed and believe that Defendant has filed an Answer to the Complaint in the State Court Action in which it has generally and specifically denied all of Cheryl Ford's claims of wrongdoing. Nevertheless, for purposes of assessing the amount of monetary relief sought by the claims as alleged in Plaintiff's Complaint, I have reviewed Pilot's corporate human resource records during the putative class period and determined the following:

 a. Employees during the four year time period preceding the date on which the Complaint was filed were paid on a weekly basis. Employees continue to be

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Boulevard
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

DECLARATION OF LAURA J. CHEATHAM
(NO. _____)    2.
FIRMWIDE:82449527.1 043135.1043

paid on a weekly basis. During the 18 months preceding the filing of Cheryl Ford's complaint Pilot issued at least 27,798 live paychecks in the state of California. Out of those checks 1,594 were the first paycheck issued to the employees and 26,204 of the live paychecks were subsequent paychecks.

b. During the 18 months prior to the filing of the Complaint in this matter Pilot charged its customers (which could include employees who chose to use its services/products) $2.00 to cash a check.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17 day of May 2007, at Knoxville, Tennessee.

*Laura Cheatham*
LAURA J. CHEATHAM
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Boulevard
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

DECLARATION OF LAURA J. CHEATHAM
(NO. _____ )   3.
FIRMWIDE:82449527.1 043135.1043