1  JODY A. LANDRY, Bar No. 125743
   LENA K. SIMS, Bar No. 212904
2  LITTLER MENDELSON
   A Professional Corporation
3  501 W. Broadway, Suite 900
   San Diego, CA 92101.3577
4  Telephone:  619.232.0441
   Facsimile:  619.232.4302
5  email:      jlandry@littler.com

6  MICHAEL E. BREWER, Bar No. 177912
   LITTLER MENDELSON
7  A Professional Corporation
   2175 North California Boulevard, Suite 835
8  Walnut Creek, CA 94596.3565
   Telephone:  (925) 932-2468
9  Facsimile:  (925) 946-9809
   email:      mbrewer@littler.com
10

11 Attorneys for Defendant
   PILOT TRAVEL CENTERS LLC
12

              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C07-02715<br><br>(Alameda County Superior Court Case No. RGO7322125)<br><br>**DECLARATION OF JODY A. LANDRY IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332(d), 1441, and 1446**<br><br>Class Action Fairness Act<br><br>Action Filed In State Court: April 23, 2007 |

DECLARATION OF JODY A. LANDRY ISO
REMOVAL (NO. _____)
FIRMWIDE:82476656.1 043135.1043

ORIGINAL

I, JODY A. LANDRY, declare as follows:

1.   I am an attorney at law, licensed to practice in the State of California and before this Court. I am a shareholder with the law firm of Littler Mendelson, a Professional Corporation, counsel of record for Defendant Pilot Travel Centers LLC ("Defendant" or "Pilot") in this case and make this Declaration in support of Defendant's Removal of Action To Federal Court Pursuant to 28 U.S.C. sections 1332(d), 1441, and 1446. All of the information set forth herein is based on my personal and first hand knowledge except where indicated, and if called and sworn as a witness, I could and would competently testify thereto.

2.   Based on my review of the information set forth in the "Declaration of Laura J. Cheatham In Support Of Notice Of Removal Of Action Pursuant To 28 U.S.C. Sections 1332(D), 1441 And 1446" filed concurrently herewith, I calculate the amount in controversy as follows:

   a.   Plaintiff alleges a claim for failure to include the name and address of a California bank on employee paychecks, in alleged violation of Labor Code section 212, for a four year period of time. Assuming, the truth of Plaintiff's allegations and assuming that she and the putative class will prevail on the merits of her claims at trial and receive damages, the amount in controversy for this claim is estimated to be at least $55,596.00. That amount in controversy is calculated as follows: 27,798 [live paychecks issued in California for the 18 month period prior to filing the complaint] x 2 [the amount Pilot charges customers to cash a check]. I am informed and believe that the actual amount in controversy for this claim exceeds this amount because there is an additional 30 months at issue. If the number of live paychecks during 30 months is similar to the 18 months, this estimate increases by more than 100%.

   b.   Plaintiff alleges a claim, in alleged violation of Labor Code section 221, due to employee's being charged a fee if they cash their check at a Pilot Travel Center during a four year period of time. Assuming, the truth of Plaintiff's allegations and assuming that she and the putative class will prevail on the merits of her claims at trial and receive damages, the amount in controversy for this claim is estimated to be at least $55,596.00. That amount in controversy is calculated as follows: 27,798 [live paychecks issued in California for the 18 month period prior to filing the complaint] x 2 [the amount Pilot charges customers to cash a check]. I am informed and believe that

DECLARATION OF JODY A. LANDRY ISO REMOVAL (NO. _____)     2.

FIRMWIDE:82476656.1 043135.1043

the actual amount in controversy for this claim exceeds this amount because there is an additional 30 months at issue. If the number of live paychecks during 30 months is similar to the 18 months, this estimate increases by more than 100%.

        c.      Plaintiff alleges a claim for PAGA penalties (California Labor Code section 2699 et seq.) due to Defendant's alleged violation of Labor Code section 212. Assuming, *arguendo*, this occurred during just eighteen months of the class period, the amount in controversy is at least $5,240,800. That amount in controversy is calculated as follows:

- 1594 [initial live checks to employees in the putative class during the 18 months prior to the complaint being filed] x $100 [the penalty for an initial PAGA violation], which equals $159,400.00
- 2624 [subsequent live checks to employees in the putative class during the 18 months prior to the complaint being filed) x 200 [the penalty for subsequent PAGA violations] which equals $5,081,400.00.
- The totals of these two calculations is $5,240,800.00.

        d.      Plaintiff alleges entitlement to reasonable attorney's fees. Those fees, for purposes of valuing the amount in controversy, is at least $1,337,900.00 assuming that Plaintiff's counsel recovers 25% of the amount that could potentially be awarded to Plaintiff(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 21st day of May 2007, at San Diego, California.

_____
JODY A. LANDRY

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
175 North California Boulevard
Suite 835
Walnut Creek, CA 94596 3565
925 932 2468

DECLARATION OF JODY A. LANDRY ISO REMOVAL (NO. _____)   3.
FIRMWIDE:82476656.1 043135.1043