JODY A. LANDRY, Bar No. 125743
LENA K. SIMS, Bar No. 212904
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
email: jlandry@littler.com

MICHAEL E. BREWER, Bar No. 177912
LITTLER MENDELSON
A Professional Corporation
2175 North California Boulevard, Suite 835
Walnut Creek, CA 94596.3565
Telephone: (925) 932-2468
Facsimile: (925) 946-9809
email: mbrewer@littler.com

Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

FILED
2007 MAY 22 PM 1:14

ADR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C07-02715 JL<br><br>(Alameda County Superior Court Case No. RGO7322125)<br><br>**DECLARATION OF MICHAEL E. BREWER REGARDING NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION**<br><br>Class Action Fairness Act<br><br>Action Filed In State Court: April 23, 2007 |

DECLARATION OF MICHAEL E. BREWER
(NO. _____)
FIRMWIDE:82476968.1 043135.1043

ORIGINAL

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Boulevard
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

1.   I am an attorney at law, licensed to practice in the State of California and before this Court. I am a shareholder with the law firm of Littler Mendelson, a Professional Corporation, counsel of record for Defendant Pilot Travel Centers LLC ("Defendant") in this case and make this Declaration in support of Defendant's Removal of Action To Federal Court Pursuant to 28 U.S.C. sections 1332(d), 1441, and 1446. All of the information set forth herein is based on my personal and first hand knowledge except where indicated, and if called and sworn as a witness, I could and would competently testify thereto.

2.   On May 22, 2007, pursuant to 28 U.S.C. section 1446, I arranged for filing with the Clerk of the Superior Court of the State of California for the County of Alameda a Notice to State Court of Removal of Civil Action to Federal Court, together with a copy of the Notice of Removal filed in the federal district court.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Dated this 22nd day of May, 2007 at Walnut Creek, California.

_____
MICHAEL E. BREWER

Firmwide:82476968.1 043135.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
175 North California Boulevard
Suite 835
Walnut Creek, CA 94596 3565
925 932 2468

DECLARATION OF MICHAEL E. BREWER
(NO. _____)                    2.