JODY A. LANDRY, Bar No. 125743
LENA K. SIMS, Bar No. 212904
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
email: jlandry@littler.com

MICHAEL E. BREWER, Bar No. 177912
LITTLER MENDELSON
A Professional Corporation
2175 North California Boulevard, Suite 835
Walnut Creek, CA 94596.3565
Telephone: (925) 932-2468
Facsimile: (925) 946-9809
email: mbrewer@littler.com

Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC and DOES 1-10, inclusive,<br><br>Defendant. | Case No. C07-02715 JL<br><br>(Alameda County Superior Court Case No. RGO7322125)<br><br>**DEFENDANT PILOT TRAVEL CENTERS LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULE 3-16)<br><br>Class Action Fairness Act<br><br>Action Filed In State Court: April 23, 2007 |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

DEFENDANT'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS (CASE NO. C07-02715 JL)

other entities other than the parties themselves known by Defendant Pilot Travel Centers LLC to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

  1.  Pilot Corporation

  2.  Marathon Petroleum Company LLC

Dated: May 23, 2007        Respectfully submitted,

/s/
MICHAEL E. BREWER
JODY A. LANDRY
LENA K. SIMS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

Firmwide:82511620.1 043135.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

DEFENDANT'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS (CASE NO. C07-02715 JL)  2.

## CERTIFICATE OF SERVICE BY MAIL

I am employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2175 North California Blvd., Suite 835, Walnut Creek, California 94596.3565. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 23, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

DEFENDANT PILOT TRAVEL CENTERS LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

in a sealed envelope, postage fully paid, addressed as follows:

SEE ATTACHED LIST

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 23, 2007, at Walnut Creek, California.

/s/ _____
Gaye M. Rose

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

CERTIFICATE OF SERVICE VIA MAIL
(No. C 07-02715 JL)

## ATTACHED SERVICE LIST

| | |
|---|---|
| ERIC A. GROVER<br>JADE BUTMAN<br>KELLER GROVER LLP<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>Telephone: 415.543.1305<br>Facsimile: 415.543.7681 | **Co-Counsel for Plaintiff** |
| MARK. R. THIERMAN, ESQ.<br>THIERMAN LAW FIRM<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: 775.284.1500 | **Co-Counsel for Plaintiff** |
| SCOTT A MILLER, ESQ.<br>LAW OFFICES OF SCOTT A MILLER, APC<br>16133 Ventura Blvd., Suite 1200<br>Encino, CA 91436<br>Telephone: 818.788.8081 | **Co-Counsel for Plaintiff** |
| STEVEN L. MILLER, ESQ.<br>LAW OFFICE OF STEVEN L. MILLER, APC<br>16133 Ventura Blvd., Suite 1200<br>Encino, CA 91436<br>Telephone: 818.986.8900 | **Co-Counsel for Plaintiff** |
| JODY A. LANDRY<br>LENA K. SIMS<br>LITTLER MENDELSON, APC<br>501 W. Broadway, Suite 900<br>San Diego, CA 92101-3577<br>Telephone: 619.232.0441<br>Facsimile: 619.232.4302 | **Co-Counsel for Defendant**<br>**PILOT TRAVEL CENTERS LLC** |
| | |
| | |

Firmwide:82512107.1 043135.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

CERTIFICATE OF SERVICE VIA
MAIL (No. C 07-02715 JL)