| | |
|---|---|
| 1 | JODY A. LANDRY, Bar No. 125743 |
|   | LENA K. SIMS, Bar No. 212904 |
| 2 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 3 | 501 W. Broadway, Suite 900 |
|   | San Diego, CA 92101.3577 |
| 4 | Telephone:    619.232.0441 |
|   | Facsimile:    619.232.4302 |
| 5 | email:        jlandry@littler.com |
| 6 | MICHAEL E. BREWER, Bar No. 177912 |
|   | LITTLER MENDELSON |
| 7 | A Professional Corporation |
|   | 2175 North California Boulevard, Suite 835 |
| 8 | Walnut Creek, CA 94596.3565 |
|   | Telephone:    (925) 932-2468 |
| 9 | Facsimile:    (925) 946-9809 |
|   | email:        mbrewer@littler.com |
| 10 | |
|    | Attorneys for Defendant |
| 11 | PILOT TRAVEL CENTERS LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act, | Case No. C07-02715 JL |
| | (Alameda County Superior Court Case No. RGO7322125) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Class Action Fairness Act |
| PILOT TRAVEL CENTERS LLC and DOES 1-10, inclusive, | Action Filed In State Court: April 23, 2007 |
| Defendant. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

\*\*\*

(CASE NO. C07-02715 JL)

## CERTIFICATE OF SERVICE BY MAIL

I am employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2175 North California Blvd., Suite 835, Walnut Creek, California 94596.3565. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 22, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1. NOTICE TO PLAINTIFF AND HER COUNSEL OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332 (D); 1441; AND 1446 (Alameda County Superior Court Case No. RG 07322125)
2. NOTICE TO STATE COURT OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332 (D); 1441; AND 1446 (Alameda County Superior Court Case No. RG 07322125)
3. CIVIL COVER SHEET (USDC Case No. C07-02715 JL)
4. NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 1332(D), 1441 AND 1446 (USDC Case No. C07-02715 JL)
5. DECLARATION OF MICHAEL E. BREWER REGARDING NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION (USDC Case No. C07-02715 JL)
6. DECLARATION OF LAURA J. CHEATHAM IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 1332(D), 1441 AND 1446 (USDC Case No. C07-02715 JL)
7. DECLARATION OF JODY A LANDRY IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 1332(D), 1441 AND 1446 (USDC Case No. C07-02715 JL)
8. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL (USDC Case No. C07-02715 JL)
9. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (USDC Case No. C07-02715 JL)
10. U.S. DISTRICT COURT NORTHERN CALIFORNIA EDF REGISTRATION INFORMATION HANDOUT
11. WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS: 9:00 AM TO 4:00 PM
12. CERTIFICATE OF SERVICE BY MAIL

in a sealed envelope, postage fully paid, addressed as follows:

SEE ATTACHED LIST

LITTLER MENDELSON
A Professional Corporation
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

CERTIFICATE OF SERVICE VIA MAIL (No. C 07-02715 JL)

1     Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 22, 2007, at Walnut Creek, California.

/s/ _____
GAYE M. ROSE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

CERTIFICATE OF SERVICE VIA MAIL (Case No. C 07-02714 JL)     2.

ATTACHED SERVICE LIST

| | |
|---|---|
| ERIC A. GROVER<br>JADE BUTMAN<br>KELLER GROVER LLP<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>Telephone: 415.543.1305<br>Facsimile: 415.543.7681 | **Co-Counsel for Plaintiff** |
| MARK. R. THIERMAN, ESQ.<br>THIERMAN LAW FIRM<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: 775.284.1500 | **Co-Counsel for Plaintiff** |
| SCOTT A MILLER, ESQ.<br>LAW OFFICES OF SCOTT A MILLER, APC<br>16133 Ventura Blvd., Suite 1200<br>Encino, CA 91436<br>Telephone: 818.788.8081 | **Co-Counsel for Plaintiff** |
| STEVEN L. MILLER, ESQ.<br>LAW OFFICE OF STEVEN L. MILLER, APC<br>16133 Ventura Blvd., Suite 1200<br>Encino, CA 91436<br>Telephone: 818.986.8900 | **Co-Counsel for Plaintiff** |
| JODY A. LANDRY<br>LENA K. SIMS<br>LITTLER MENDELSON, APC<br>501 W. Broadway, Suite 900<br>San Diego, CA 92101-3577<br>Telephone: 619.232.0441<br>Facsimile: 619.232.4302 | **Co-Counsel for Defendant**<br>**PILOT TRAVEL CENTERS LLC** |
| | |
| | |

CERTIFICATE OF SERVICE VIA
MAIL (No. C 07-02715 JL)