Eric A. Grover, Esq. (SBN 136080)
eagrover@kellergrover.com
Jade Butman, Esq. (SBN 235920)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305; Fax (415) 543-7681

Mark R. Thierman, Esq. (SBN 72913)
laborlawyer@pacbell.net
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada  89511
Tel: (775) 284-1500

Scott A. Miller, Esq. (SBN 230322)
millaw@sbcglobal.net
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081

Steven L. Miller (SBN 106023)
stevenlmiller@sbcglobal.net
**STEVEN L. MILLER, A PROFESSIONAL LAW CORPORATION**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900

Attorneys for Plaintiff Cheryl Ford

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>              Plaintiff,<br>              v.<br><br>PILOT TRAVEL CENTERS LLC. and DOES 1 through 10 inclusive,<br><br>              Defendants. | Case No.:  C 07-02715 JL<br><br>CLASS ACTION<br>**PLAINTIFF FORD'S CERTIFICATION OF NO INTERESTED ENTITIES OR PERSONS**<br><br>**(Pursuant to Northern District of California Civil Local Rule 3-16)**<br><br>Class Action Fairness Act<br>Action Filed In State Court:  April 23, 2007 |

PLAINTIFF FORD'S CERTIFICATION OF
NO INTERESTED ENTITIES OR PERSONS

1 | **TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE**
2 | **NORTHERN DISTRICT OF CALIFORNIA:**
3 |     **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
4 |     Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of
5 | this date, other than the named parties, there is no such interest to report.
6 | Dated:  May 25, 2007         Respectfully submitted,
7 |          KELLER GROVER LLP
8 |
9 |          By: _____//s//_____
           Jade Butman
10 |
11 |          Attorneys for Plaintiff
         Cheryl Ford

---

PLAINTIFF FORD'S CERTIFICATION OF
NO INTERESTED ENTITIES OR PERSONS
CASE NO.  C 07-02715 JL