1  Eric A. Grover, Esq. (SBN 136080)
   eagrover@kellergrover.com
2  Jade Butman, Esq. (SBN 235920)
   **KELLER GROVER LLP**
3  425 Second Street, Suite 500
   San Francisco, California 94107
4  Tel. (415) 543-1305; Fax (415) 543-7681

5  Mark R. Thierman, Esq. (SBN 72913)
   laborlawyer@pacbell.net
6  **THIERMAN LAW FIRM**
7  7287 Lakeside Drive
   Reno, Nevada  89511
8  Tel: (775) 284-1500

9  Scott A. Miller, Esq. (SBN 230322)
   millaw@sbcglobal.net
10 **LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
11 16133 Ventura Blvd. Suite 1200
   Encino, California 91436
12 Tel. (818) 788-8081

13 Steven L. Miller (SBN 106023)
   stevenlmiller@sbcglobal.net
14 **STEVEN L. MILLER, A PROFESSIONAL LAW CORPORATION**
   16133 Ventura Blvd. Suite 1200
15 Encino, California 91436
   Tel. (818) 986-8900
16

17 Attorneys for Plaintiff Cheryl Ford

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act, | Case No.:  C-07-02715 JL |
| | (Alameda Co. Superior Court Case No. RG 07-322125) |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **DEMAND FOR JURY TRIAL** |
| PILOT TRAVEL CENTERS LLC. and DOES 1 through 10 inclusive, | Class Action Fairness Act |
| Defendants. | Action Filed in State Court April 23, 2007 |

DEMAND FOR JURY TRIAL

1   Plaintiff Cheryl Ford hereby demands trial by jury in this action.

2   Dated: May 25, 2007                Respectfully submitted,

3                                      **KELLER GROVER LLP**

5                                      By: _____//s//_____
                                             Jade Butman

                                       Attorneys for Plaintiff
                                       Cheryl Ford

---
DEMAND FOR JURY TRIAL                                    CASE NO. C-07-02715 JL