1    JODY A. LANDRY, Bar No. 125743
     LENA K. SIMS, Bar No. 212904
2    LITTLER MENDELSON
     A Professional Corporation
3    501 W. Broadway, Suite 900
     San Diego, CA  92101.3577
4    Telephone:    619.232.0441
     Facsimile:    619.232.4302
5    email:        jlandry@littler.com

6    MICHAEL E. BREWER, Bar No. 177912
     LITTLER MENDELSON
7    A Professional Corporation
     2175 North California Boulevard, Suite 835
8    Walnut Creek, CA  94596.3565
     Telephone:    (925) 932-2468
9    Facsimile:    (925) 946-9809
     email:        mbrewer@littler.com

10

     Attorneys for Defendant
11   PILOT TRAVEL CENTERS LLC

12
                      UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15   CHERYL FORD, on behalf of herself, the      Case No.  C07-02715 JL
     general public, and as an "aggrieved
16   employee" under the California Labor
     Code Private Attorney General Act,          **DECLINATION TO PROCEED BEFORE A
                                                 MAGISTRATE JUDGE**
17                    Plaintiff,                             **AND**
                                                 **REQUEST FOR REASSIGNMENT TO A
18            v.                                 UNITED STATES DISTRICT JUDGE**

19   PILOT TRAVEL CENTERS LLC and                Class Action Fairness Act
     DOES 1-10, inclusive,
20
                      Defendant.
21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

DECLINATION TO PROCEED BEFORE A MAGISTRATE
JUDGE; AND REQUEST FOR REASSIGNMENT TO A US
DISTRICT JUDGE (CASE NO. C07-02715 JL)

1    REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2    The undersigned party hereby declines to consent to the assignment of this case to a United

3    States Magistrate Judge for trial and disposition, and hereby requests the assignment of this case to a

4    United States District Judge.

5    Dated: June 5, 2007                                        Respectfully submitted,

6

7                                                              /s/_____
                                                              MICHAEL E. BREWER
8                                                             JODY A. LANDRY
                                                              LENA K. SIMS
9                                                             LITTLER MENDELSON
                                                              A Professional Corporation
10                                                            Attorneys for Defendant
                                                              PILOT TRAVEL CENTERS LLC

11

12   Firmwide:82567566.1 043135.1043

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

DECLINATION TO PROCEED BEFORE A MAGISTRATE
JUDGE; AND REQUEST FOR REASSIGNMENT TO A US
DISTRICT JUDGE (CASE NO. C07-02715 JL))                      2.