1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4   CHERYL FORD

5              Plaintiff(s),              No. 07-02715 JL

6       v.                                NOTICE OF IMPENDING
                                          REASSIGNMENT TO A UNITED
7                                         STATES DISTRICT COURT JUDGE

8   PILOT TRAVEL CENTERS LLC

9              Defendant(s).
   _____/

10

11          The Clerk of this Court will now randomly reassign this case to a United States District

12   Judge because either:

13   **XX**    (1)    One or more of the parties has requested reassignment to a United States

14   District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15          (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary

16   restraining order) that a United States Magistrate Judge may not take without the consent of

17   all parties, the necessary consents have not been secured, and time is of the essence.

18          The **CASE MANAGEMENT CONFERENCE** previously scheduled for September 5,

19   2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

20   Dated:  June 6, 2007

21                                        Richard W. Wieking, Clerk
                                          United States District Court
22                                        _____
                                          *Wings Hom*
23                                        By: Wings Hom, Deputy Clerk

24

25

26

27

28