1    JODY A. LANDRY, Bar No. 125743
LENA K. SIMS, Bar No. 212904
2    LITTLER MENDELSON
A Professional Corporation
3    501 W. Broadway, Suite 900
San Diego, CA  92101.3577
4    Telephone:    619.232.0441
Facsimile:    619.232.4302
5    Email:        jlandry@littler.com

6    MICHAEL E. BREWER, Bar No. 177912
LITTLER MENDELSON
7    A Professional Corporation
2175 North California Boulevard, Suite 835
8    Walnut Creek, CA  94596.3565
Telephone:    (925) 932-2468
9    Facsimile:    (925) 946-9809
Email:        mbrewer@littler.com
10
Attorneys for Defendant
11    PILOT TRAVEL CENTERS LLC

12
UNITED STATES DISTRICT COURT
13
NORTHERN DISTRICT OF CALIFORNIA
14
| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,<br><br>            Plaintiff,<br><br>    v.<br><br>PILOT TRAVEL CENTERS LLC and DOES 1-10, inclusive,<br><br>            Defendant. | Case No.  C07-02715 TEH<br><br>**NOTICE OF CHANGE OF ADDRESS FOR MICHAEL E. BREWER** |

15
16
17
18
19
20
21
22    THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR COUNSEL:
23
      NOTICE IS HEREBY GIVEN that effective **July 2, 2007**, the new address for Michael E.
24
Brewer, co-counsel for Defendant, PILOT TRAVEL CENTERS, LLC., is as follows:
25
26            **Michael E. Brewer, Esq.**
           **Littler Mendelson, A Professional Corporation**
27            **1255 Treat Boulevard, Suite 600**
           **Walnut Creek, CA  94597**
28            **The telephone and fax numbers for the office will remain the same.**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA  94596.3565
925.932.2468

1.

NOTICE OF CHANGE OF ADDRESS

1    Please note that the address and telephone numbers for Jody Landry and Lena K. Sims of Littler

2    Mendelson's San Diego office shall remain the same.

3    Dated:   June 21, 2007

4

5                                                /s/
                                              MICHAEL E. BREWER
6                                              LITTLER MENDELSON, P.C.
                                              ATTORNEYS FOR DEFENDANTS
7    Firmwide:82650441.1 043135.1043

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA  94596.3565
925.932.2468

                                            2