JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:    619.232.0441
Facsimile:    619.232.4302
Email:        jlandry@littler.com

MICHAEL E. BREWER, Bar No. 177912
LISA C. CHAGALA, Bar No. 217883
LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA  94597
Telephone:    (925) 932-2468
Facsimile:    (925) 946-9809
Email:        mbrewer@littler.com
              lchagala@littler.com

Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

ERIC A. GROVER, Bar No. 136080
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone:    (415) 543-1305
Facsimile:    (415) 543-7861
Email: eagrover@kellergrover.com

Attorneys for Plaintiff
CHERYL FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC and DOES 1-10, inclusive,<br><br>Defendant. | Case No.  C07-02715 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, an Initial Case Management Conference for the above-captioned matter is scheduled to occur on September 10, 2007 at 1:30 p.m. before Honorable Thelton E. Henderson;

WHEREAS, the parties in the above-captioned matter have scheduled mediation to occur on October 23, 2007;

WHEREAS, the parties believe that it would be more efficient for the Court and the parties to continue the Initial Case Management Conference and all associated deadlines (including

1.

but not limited to the deadline for the Rule 26(f) conference; the discovery commencement date; the deadline for filing ADR certifications; the deadline for filing a joint report, initial case management statement, and proposed case management order; and the deadline for initial disclosures) until dates after the mediation;

THEREFORE, pursuant to Local Rule 16-2(d) and paragraph 4 of the Standing Order For The Honorable Thelton E. Henderson, the parties hereby stipulate as follows:

The Case Management Conference, currently set for September 10, 2007 at 1:30 p.m. can and should be continued to December 3, 2007 at 1:30 p.m.  All deadlines that are associated with the date of Case Management Conference (including but not limited to the deadline for the Rule 26(f) conference; the discovery commencement date; the deadline for filing ADR certifications; the deadline for filing a joint report, initial case management statement, and proposed case management order; and the deadline for initial disclosures) can and should be extended accordingly.

Dated: August 16, 2007            /s/_____
                                    MICHAEL E. BREWER
                                    LITTLER MENDELSON
                                    A Professional Corporation
                                    Attorneys for Defendant
                                    PILOT TRAVEL CENTERS LLC


Dated: August 16, 2007            /s/_____
                                    ERIC A. GROVER
                                    Keller Grover LLP
                                    Attorney for Plaintiff
                                    CHERYL FORD

LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA  94597
925.932.2468

2

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Good cause appearing, PURSUANT TO STIPULATION, IT IS SO ORDERED,

The Initial Case Management Conference scheduled in the above-captioned matter for September 10, 2007 at 1:30 p.m. is hereby continued to December 3, 2007 at 1:30 p.m. All deadlines that are associated with the date of the Initial Case Management Conference (including but not limited to the deadline for the Rule 26(f) conference; the discovery commencement date; the deadline for filing ADR certifications; the deadline for filing a joint report, initial case management statement, and proposed case management order; and the deadline for initial disclosures) are extended accordingly.

Dated: August _____, 2007

_____
JUDGE OF THE DISTRICT COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:82939271.1 043135.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
925.932.2468

3

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE