UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: December 3, 2007

**Case No:** C 07-02715 TEH

**Case Title**: CHERYL FORD v. PILOT TRAVEL CENTERS LLC

**Appearances:**

    For Plaintiff(s): Denise Diaz

    For Defendant(s): Lisa Chagala

**Deputy Clerk**: Rowena B. Espinosa         **Court Reporter**: not reported

## PROCEEDINGS

1. Initial Case Management Conference - held

MOTION/MATTER:   ( ) Granted
                  ( ) Denied
                  ( ) Granted in part/Denied in part
                  ( ) Taken under submission
                  ( ) Withdrawn/Off Calendar
                  (X) Continued to: **Monday, 08/18/08 @ 1:30 PM for Further CMC**

## SUMMARY

- The parties are engaged in settlement.
- The class certification motion shall be noticed for hearing on 07/28/08 @ 10:00 AM.
- Parties shall file a joint CMC statement 7 days prior to the next conference.