ERIC A. GROVER, Esq. (SBN 136080)
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Tel. (415) 543-1305
Fax: (415) 265-7861
eagrover@kellergrover.com

Attorneys for Plaintiff
CHERYL FORD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>    Plaintiff,<br><br>    v.<br><br>PILOT TRAVEL CENTERS LLC and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: C07-02715 TEH<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE:    May 12, 2008<br>TIME:    1:30 p.m.<br>COURTROOM:   12 (19th Floor)<br>JUDGE:   Hon. Thelton E. Henderson |

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS
SETTLEMENT                                                  Case No.: C07-02715 TEH

The unopposed motion of Plaintiff Cheryl Ford ("Plaintiff") for an order preliminarily approving a class action settlement between Plaintiff and Defendant Pilot Travel Centers LLC (collectively the "Parties") and setting a final approval hearing came on for hearing on May 12, 2008, the Honorable Thelton E. Henderson presiding. The Court has considered the Joint Stipulation of Settlement and Release Between Plaintiff and Defendant ("Settlement Stipulation"), Notice of Proposed Class Action Settlement and Final Fairness and Approval Hearing ("Class Notice"), the proposed Claim Form, and the proposed longer form notice (Exhibits A, B, and C, respectively, to the Settlement Stipulation), the written submissions of counsel, and oral argument. The matter having been submitted and good cause appearing therefore, the Court hereby finds and orders as follows:

1.   All defined terms contained herein shall have the same meaning as set forth in the Settlement Stipulation executed by the Parties and filed with this Court.

2.   The Court finds on a preliminary basis that the proposed settlement memorialized in the Settlement Stipulation is within the range of reasonableness and hereby grants preliminary approval of the settlement.

3.   The Court conditionally finds that, for the purposes of approving this settlement only and for no other purpose, the proposed Labor Code Section 212-related Settlement Classes (collectively the "Class") meet the requirements of certification under Rule 23 of the Federal Rules of Civil Procedure: (a) the proposed Class is ascertainable and so numerous that joinder of all members of the Class is impracticable; (b) there are questions of law or fact common to the proposed Class; (c) the claims of Plaintiff Cheryl Ford are typical of the claims of the members of the proposed Class; (d) Plaintiff Cheryl Ford and her counsel will fairly and adequately protect the interests of the Class; and (e) a class action is superior to the other available methods for an efficient resolution of this controversy.

4. The Court hereby appoints, for settlement purposes only, Cheryl Ford as Class Representative and the law firms of Keller Grover LLP, Thierman Law Firm, Law Offices of Scott A. Miller, A.P.C. and Steven L. Miller, A Professional Law Corporation, as Class Counsel.

5. The Court hereby appoints Rosenthal & Co. as the Claims Administrator.

6. The Parties have also presented to the Court for review a plan to provide notice to the proposed Class of the terms of settlement and the options facing the Class, including whether to make a claim under the settlement, request exclusion from the settlement, or object to the settlement. The notice plan proposed by the Parties in the Settlement Stipulation is the best practical notice under the circumstances. The Class Notice, the proposed Claim Form and the longer form notice, attached to the Settlement Stipulation as Exhibits A, B and C respectively, are hereby approved.

7. Not later than thirty (30) days after the Court's entry of an Order of Preliminary Approval, Defendant shall provide the Claims Administrator with the information necessary to conduct the mailing of the Class Notice and the Claim Form (the "Notice Packet"), as set forth in the Settlement Stipulation ¶ 15. The Claims Administrator must mail the Notice Packet to Class Members not later than forty-five (45) days after the Court's entry of this Order granting preliminary approval and pursuant to the applicable provisions in the Settlement Stipulation.

8. Any written objection or request for exclusion to the settlement must be postmarked no later than forty-five (45) days after the date on which the Notice Packets are mailed. Any completed Claim Form must be postmarked not later than forty-five (45) days from the date on which the Notice Packets are mailed.

9. Class Members are hereby enjoined from filing, initiating, or continuing to prosecute any actions, claims, complaints, or proceedings in Court, with the California Department of Labor Standards Enforcement ("DLSE"), with the California Labor and

2

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS
SETTLEMENT                                                       Case No.: C07-02715 TEH

Workforce Development Agency ("LWDA"), or with any other entity regarding any Labor-Code section 212-related claim, whether predicated upon Labor Code section 212 or any other statute, regulation, or legal theory. This injunction will remain in effect until Final Approval by the Court contingent upon the settlement not being terminated for any of the reasons set forth in the Parties' Settlement Stipulation.

10. Because the case is before this Court under the Class Action Fairness Act, the Parties are required to notify "appropriate Federal and State officials" of the settlement. 28 U.S.C. § 1715. If such notifications have not been made at the time of this Order, the Parties must do so immediately and file proof of such notification with the Court within five (5) court days of the date of this Order.

11. The Court will conduct a Final Approval Hearing on _____, 2008 at _____ a.m./p.m. to determine the overall fairness of the Settlement and to fix the amount of attorneys' fees and costs to Class Counsel and enhancement to and individual settlement with the Class Representative. Plaintiff shall file her motion for final approval of the settlement, and Class Counsel shall file their motion for attorneys' fees, costs, and Class Representative enhancement and individual settlement at least _____ days before the Final Approval Hearing.

**IT IS SO ORDERED.**

Dated:_____, 2008                           _____
                                                 HON. THELTON E. HENDERSON
                                                 United States District Court Judge
Respectfully submitted,

Dated: March 31, 2008            KELLER GROVER LLP


                                 _____/s/_____
                                 ERIC A. GROVER
                                 Attorneys for Plaintiff Cheryl Ford
                                 and Proposed Class Counsel

3

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS
SETTLEMENT                                          Case No.: C07-02715 TEH

1  Dated: March 31, 2008            LITTLER MENDELSON, P.C.

2                                                                /s/
3                                                      JODY A. LANDRY
                                                       Attorneys for Defendant
4                                                      PILOT TRAVEL CENTERS LLC

4

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS
SETTLEMENT                                           Case No.: C07-02715 TEH