JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232-4302
Email: jlandry@littler.com

MICHAEL E. BREWER, Bar No. 177912
LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Telephone: (925) 932-2468
Facsimile: (925) 946-9809
email: mbrewer@littler.com

Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PILOT TRAVEL CENTERS LLC and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. C07-02715 TEH<br><br>**Class Action [FRCP Rule 23]**<br><br>**DECLARATION OF SERVICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. BROADWAY
SUITE 900
SAN DIEGO, CA 92101.3577
619.232.04411

DECLARATION OF SERVICE

I, MAXINE HORTON, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 501 West Broadway, Suite 900, San Diego, California 92101.

On April 22, 2008, I served the following document(s):

**NOTICE RE PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION PURSUANT TO THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**

on the Office of the Attorney General for the United States and the Attorney General for the State of California and the parties in this action addressed as follows:

U.S. Attorney General Michael B. Mukasey
Attn: Class Action Fairness Act, Notice of Settlement
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Herschel Elkins
Special Assistant Attorney General
California Attorney General's Office
Office of the Attorney General
300 S. Spring Street
Los Angeles, CA 90013-1230

---

| | |
|---|---|
| Eric A. Grover<br>KELLER GROVER LLP<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>Email: eagrover@kellergrover.com | Class Counsel for Plaintiffs<br>CHERYL FORD, et al. |
| Mark R. Thierman<br>Thierman Law Firm<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: (775) 284-1500 | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. BROADWAY
SUITE 900
SAN DIEGO, CA 92101.3577
619.232.0441

2.

DECLARATION OF SERVICE

1  Scott A. Miller
   Law Offices of Scott A. Miller
2  16133 Ventura Blvd., Suite 1200
   Encino, CA 91436
3  Telephone: (818) 788-8081

4
   Steven L. Miller
5  Law Office of Steven L. Miller
   16133 Ventura Blvd., Suite 1200
6  Encino, CA 91436
7  Telephone (818) 986-8900

8

9  **BY U.S. MAIL:** I placed a true and correct copy of the above document(s) in a sealed envelope, addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

10

11

12

13  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 22, 2008 at San Diego, California.

14

15                                                    _____
                                                       MAXINE HORTON
16  Firmwide:85002723.1 043135.1043

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. BROADWAY
SUITE 900
SAN DIEGO, CA 92101.3577
619.232.0441

3.

DECLARATION OF SERVICE