Φ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL FORD on behalf of herself, the general public, et al.

Vs.

PILOT TRAVEL CENTERS LLC, et al.

**APPEARANCE**

Case Number: C07-2715 TEH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant - PILOT TRAVEL CENTERS LLC.

I certify that I am admitted to practice in this court.

April 28, 2008
Date

Signature

JODY A. LANDRY — 125743
Print Name — Bar Number

LITTLER MENDELSON - 501 West Broadway, Suite 900
Address

San Diego — CA — 92101
City — State — Zip Code

(619) 232-0441 — (619) 232-4302
Phone Number — Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com