JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:   619.232.0441
Facsimile:    619.232.4302
Email:          jlandry@littler.com

MICHAEL E. BREWER, Bar No. 177912
LISA C. CHAGALA, Bar No. 217883
LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA  94597
Telephone:   (925) 932-2468
Facsimile:    (925) 946-9809
Email:          mbrewer@littler.com
                    lchagala@littler.com

Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

ERIC A. GROVER, Bar No. 136080
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone:   (415) 543-1305
Facsimile:    (415) 543-7861
Email: eagrover@kellergrover.com

Attorneys for Plaintiff
CHERYL FORD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PILOT TRAVEL CENTERS LLC and DOES 1-10, inclusive,<br><br>　　　　　　　Defendant. | Case No.  C07-02715 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL HEARING BRIEFING SCHEDULE** |

LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd. Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL BRIEFING SCHEDULE
CASE NO. C 07-02715 TEH

A Final Approval Hearing concerning the parties' class action settlement is set for September 22, 2008 at 10:00 a.m. The papers filed in support of the Motion for Final Approval will be reviewed by both parties prior to filing. The parties hereby stipulate that neither party will file any opposition or reply papers. Because the only papers filed in support of the Motion will be filed as part of the moving papers, the parties stipulate that the moving papers may be filed on or before September 8, 2008, which is 14 days before the Final Approval Hearing.

Dated: August 8, 2008

/s/
MICHAEL E. BREWER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

Dated: August 8, 2008

/s/
ERIC A. GROVER
KELLER GROVER LLP
Attorney for Plaintiff
CHERYL FORD

LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
925.932.2468

1

STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL BRIEFING SCHEDULE
CASE NO. C 07-02715 TEH

GOOD CAUSE APPEARING THEREFORE, and based on the representation that neither party intends to file any opposition or reply papers, the Court hereby orders that the Motion for Final Approval and all supporting papers shall be considered timely if filed on or before September 8, 2008.

Date: _____    IT IS SO ORDERED.

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
925.932.2468

2
STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL BRIEFING SCHEDULE
CASE NO. C 07-02715 TEH