1  JODY A. LANDRY, Bar No. 125743
   LITTLER MENDELSON
2  A Professional Corporation
   501 W. Broadway, Suite 900
3  San Diego, CA  92101.3577
   Telephone:   619.232.0441
4  Facsimile:   619.232.4302
   Email:       jlandry@littler.com
5

6  MICHAEL E. BREWER, Bar No. 177912     ERIC A. GROVER, Bar No. 136080
   LISA C. CHAGALA, Bar No. 217883       KELLER GROVER LLP
   LITTLER MENDELSON                     425 Second Street, Suite 500
7  A Professional Corporation            San Francisco, CA 94107
   1255 Treat Blvd., Suite 600           Telephone:   (415) 543-1305
8  Walnut Creek, CA  94597               Facsimile:   (415) 543-7861
   Telephone:   (925) 932-2468           Email: eagrover@kellergrover.com
9  Facsimile:   (925) 946-9809
   Email:       mbrewer@littler.com      Attorneys for Plaintiff
10              lchagala@littler.com     CHERYL FORD

11 Attorneys for Defendant
   PILOT TRAVEL CENTERS LLC
12

13                    **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15 | CHERYL FORD, on behalf of herself, the     | Case No. C07-02715 TEH
   | general public, and as an "aggrieved
16 | employee" under the California Labor        | **STIPULATION AND [PROPOSED]**
   | Code Private Attorney General Act,          | **ORDER RE FINAL APPROVAL**
17 |                                             | **HEARING BRIEFING SCHEDULE**
                        Plaintiff,
18
           v.
19
   PILOT TRAVEL CENTERS LLC and
20 DOES 1-10, inclusive,

21                      Defendant.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Blvd. Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL BRIEFING SCHEDULE
CASE NO. C 07-02715 TEH

A Final Approval Hearing concerning the parties' class action settlement is set for September 22, 2008 at 10:00 a.m. The papers filed in support of the Motion for Final Approval will be reviewed by both parties prior to filing. The parties hereby stipulate that neither party will file any opposition or reply papers. Because the only papers filed in support of the Motion will be filed as part of the moving papers, the parties stipulate that the moving papers may be filed on or before September 8, 2008, which is 14 days before the Final Approval Hearing.

Dated: August 8, 2008

/s/
MICHAEL E. BREWER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

Dated: August 8, 2008

/s/
ERIC A. GROVER
KELLER GROVER LLP
Attorney for Plaintiff
CHERYL FORD

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
925.932.2468

1  GOOD CAUSE APPEARING THEREFORE, and based on the representation that neither party intends to file any opposition or reply papers, the Court hereby orders that the Motion for Final Approval and all supporting papers shall be considered timely if filed on or before September 8, 2008.

Date: _____08/11/08_____         IT IS SO ORDERED.



_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER RE FINAL APPROVAL BRIEFING SCHEDULE
CASE NO. C 07-02715 TEH

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
925.932.2468