1  ERIC A. GROVER, Esq. (SBN 136080)
2  **KELLER GROVER LLP**
3  425 Second Street, Suite 500
   San Francisco, CA  94107
   Tel. (415) 543-1305
4  Fax: (415) 543-7861
5  eagrover@kellergrover.com

6  Attorneys for Plaintiff
   CHERYL FORD and
7  CLASS COUNSEL

8

9          **UNITED STATES DISTRICT COURT**

10         **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | CHERYL FORD, on behalf of herself, the        | Case No.: C07-02715 TEH
   | general public, and as an "aggrieved employee" |
13 | under the California Labor Code Private        | CLASS ACTION
   | Attorneys General Act,                         |
14 |                                                | **[PROPOSED] JOINT JUDGMENT ON**
15 |          Plaintiff,                            | **SETTLEMENT OF CLASS ACTION**
16 |          v.                                    | Date:       September 22, 2008
                                                      Time:       10:00 a.m.
17 | PILOT TRAVEL CENTERS LLC and DOES 1            | Courtroom:  12 (19th Floor)
   | through 10 inclusive,                          | Judge:      Hon. Thelton E. Henderson
18 |
19 |          Defendants.

20

21

22

23

24

25

26

27

28

---

PURSUANT TO THE ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT ENTERED ON SEPTEMBER 22, 2008, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Judgment as to the Released Claims of each Class Members who did not timely opt-out, as defined in the Joint Stipulation of Class Settlement and Release Between Plaintiff and Defendant ("Stipulation of Settlement"), shall be entered in the above-captioned action.

As of the date of this Judgment, each and every released claim of each Class Member who did not timely opt-out is and shall be deemed to be conclusively released as against the Releasees (as defined in the Stipulation of Settlement).  Except as to such rights or claims that may be created by the settlement, all Class Members as of the date of this Judgment who did not timely opt-out are hereby forever barred and enjoined from prosecuting any of the released claims against any of the Releasees.

The Class Members include all members of two defined settlement classes who did not timely opt-out:  the "Labor Code Section 2699 Class," which is defined as all California employees of Defendant who received one or more live paychecks from Defendant between April 23, 2006 and March 11, 2007; and the "Labor Code Section 212 Class," which is defined as all California employees of Defendant who paid a fee to Defendant or a third-party to cash one or more live paychecks received from Defendant between April 23, 2003 and March 11, 2007.

Plaintiff Cheryl Ford's individual claims against Defendant, as set forth in the Stipulation of Settlement, are dismissed with prejudice.  The Released Claims, as defined in the Stipulation of Settlement at paragraph 24, of the settlement Class Members are dismissed with prejudice.

Without affecting the finality of this Judgment, this Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all settlement Class Members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Stipulation of Settlement and the Order Granting Motion for Final Approval of Class Action Settlement, Application for Award of Attorneys' Fees and Expenses and Class Representative Enhancement and Individual Settlement entered by the Court September 22, 2008.

---

1

1    **IT IS SO ORDERED.**

2

3    Dated:_____,2008

4                                              _____
                                             HONORABLE THELTON E. HENDERSON
5                                             UNITED STATES DISTRICT JUDGE

6    **Approved as to form:**

7

8    Dated: September 5, 2008          KELLER GROVER LLP

9

10                                      By: _____

11                                          ERIC A. GROVER
                                           Attorneys for Plaintiff
12                                          CHERYL FORD and CLASS COUNSEL

13

14    Dated: September 5, 2008          LITTLER MENDELSON, P.C.

15

16                                      _____
                                        JODY A. LANDRY
17                                      Attorneys for Defendant
                                        PILOT TRAVEL CENTERS LLC
18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] JOINT JUDGMENT ON SETTLEMENT OF CLASS ACTION
Case No.: C07-02715 TEH