JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
email: jlandry@littler.com

MICHAEL E. BREWER, Bar No. 177912
LITTLER MENDELSON
A Professional Corporation
2175 North California Boulevard, Suite 835
Walnut Creek, CA 94596.3565
Telephone: (925) 932-2468
Facsimile: (925) 946-9809
email: mbrewer@littler.com

Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC and DOES 1-10, inclusive,<br><br>Defendant. | Case No. C07-02715 TEH<br><br>**DEFENDANT PILOT TRAVEL CENTERS LLC's NOTICE OF NON OPPOSITION TO PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

LITTLER MENDELSON
A Professional Corporation
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

CASE NO. C07-02715 TEH

1  Defendant Pilot Travel Centers LLC has no objection to the Court granting final approval to
2  the settlement it reached with Plaintiff Cheryl Ford and the two classes defined in the paperwork
3  presented by Plaintiff's counsel.

4

5  Dated: September 10, 2008

Respectfully submitted,

*[signature]*

JODY A. LANDRY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

Firmwide:86558382.1 043135.1043

LITTLER MENDELSON
A Professional Corporation
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

CASE NO. C07-02715 TEH                2.

JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232-4302
Email: jlandry@littler.com

MICHAEL E. BREWER, Bar No. 177912
LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Telephone: (925) 932-2468
Facsimile: (925) 946-9809
email: mbrewer@littler.com

Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FORD, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC and DOES 1-10, inclusive,<br><br>Defendant. | Case No. C07-02715 TEH<br><br>**DECLARATION OF SERVICE** |

I, MAXINE HORTON, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 501 West Broadway, Suite 900, San Diego, California 92101.

On September 10, 2008, I served the following document(s):

**DEFENDANT PILOT TRAVEL CENTERS LLC'S NOTICE OF NON OPPOSITION TO PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT**

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Case No. C07-02715 TEH

DECLARATION OF SERVICE

on the parties in this action addressed as follows:

| | |
|---|---|
| Eric A. Grover<br>KELLER GROVER LLP<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>Email: eagrover@kellergrover.com | Class Counsel for Plaintiffs<br>CHERYL FORD, et al. |

Mark R. Thierman
Thierman Law Firm
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500

Scott A. Miller
Law Offices of Scott A. Miller
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 788-8081

Steven L. Miller
Law Office of Steven L. Miller
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone (818) 986-8900

**BY U.S. MAIL:** I placed a true and correct copy of the above document(s) in a sealed envelope, addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 10, 2008 at San Diego, California.

*/s/ Maxine Horton*
MAXINE HORTON

Firmwide:86595057.1 043135.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. BROADWAY
SUITE 900
SAN DIEGO, CA 92101.3577
619.232.0441

2.    Case No. C07-02715 TEH

DECLARATION OF SERVICE