IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL FORD, et al.,

                Plaintiffs,

      v.

PILOT TRAVEL CENTERS, LLC, et al.,

                Defendants.

NO. C07-2715 TEH

ORDER RE: FINAL APPROVAL HEARING

      The Court has reviewed Plaintiffs' unopposed motion for final approval of the class action settlement in this case. While the Court finds the majority of the settlement to be fair and adequate, it generally disfavors proposed class action settlements that permit the defendant to retain unclaimed settlement funds.

      Consequently, at the September 22, 2008 final approval hearing, counsel shall be prepared to discuss the propriety of reversion of unclaimed funds to Defendant Pilot Travel Centers under the facts of this case, as opposed to other options such as a cy pres award. Counsel shall also be prepared to inform the Court of the amount of unclaimed funds that, if the settlement is approved, will revert back to Defendant. No written response is necessary; however, if the parties wish to file a written response prior to the hearing, they must do so on or before **September 17, 2008, at 12:00 noon.**

**IT IS SO ORDERED.**

Dated: 09/10/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT